|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | AUG 24 2023 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

In the Matter of: ROGER A. EVANS; LORI A. STEEDMAN,

              Debtors,

------------------------------

ROGER A. EVANS; LORI A. STEEDMAN,

              Appellants,

 v.

KATHLEEN A. MCCALLISTER, Chapter 13 Trustee,

              Appellee.

No.   22-35216

D.C. No. 4:20-cv-00112-DCN
District of Idaho,
Pocatello

ORDER

Before: M. SMITH, FORREST, and SUNG, Circuit Judges.

Appellee Kathleen McCallister's petition for panel rehearing and rehearing en banc (ECF No. 50) is **DENIED**. The National Association of Ch. 13 Trustees' motion for permission to file an amicus in support of the PFR/EB (ECF No. 51) is **GRANTED.**